IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

**UNITED STATES OF AMERICA**

v.     Case No.:  3:19-cr-00198

**TRAVIS LEE HANSHAW**

### SEALED ORDER

At Huntington, on August 14, 2019, the Grand Jury, after retiring to its chambers and having considered its presentments, reported to the Court and presented the above-captioned matter as an indictment to be returned this date.

Upon motion by the United States, it is hereby **ORDERED** that the indictment is **SEALED.** Upon further motion by the United States, it is **ORDERED** that an arrest warrant be issued forthwith for the defendant and, upon arrest, this case shall be **UNSEALED.** Law enforcement officers shall be authorized to take necessary and appropriate measures to effect defendant's arrest.

The Clerk is directed to send a copy of this Order to the United States Attorney, United States Marshal, and the United States Probation Department.

**ENTERED**:  August 15, 2019

Cheryl A. Eifert
United States Magistrate Judge